United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL 393 HEALTH AND WELFARE TRUST FUND,<br><br>          Plaintiff,<br><br>   v.<br><br>JET MECHANICAL, INC.,<br><br>        Defendant. | Case No.  5:15-cv-04332-HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR FILING MOTION FOR DEFAULT JUDGMENT** |

      Based on plaintiff's December 29, 2015 status report, the Initial Case Management Conference is continued to **March 15, 2016, 1:30 p.m.**  Assuming defendant's default is entered, plaintiff has stated its intent to move for default judgment.  Plaintiff's motion for default judgment shall be filed by **January 29, 2016**.

      SO ORDERED.

Dated:   January 4, 2016

                                       _____
                                       HOWARD R. LLOYD
                                     United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

5:15-cv-04332-HRL Notice has been electronically mailed to:

Mark Stephen Renner     mrenner@wmprlaw.com, etrujeque@wmprlaw.com